FILED

SEP 26 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: SUSAN TUCKER )
) Case No. 09-45009 RS
)
)
)
)
)
_____ Debtor(s). _____ )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of __ASSET RECOVERY TRUST__, seeking payment of funds previously unclaimed by __SUSAN TUCKER__ (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that __SUSAN TUCKER__ is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ __1,640.00__ from the __TREASURY REGISTRY FUND__ to:

SUSAN TUCKER
C/O ASSET RECOVERY TRUST
P.O. BOX 4296
COSTA MESA, CA 92628

DATED: September 26, 2014

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)